## WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

October 15, 2024

*By ECF*
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Chung v. J.H Whitney Capital Partners, LLC*, No. 24-cv-05864 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

We represent Plaintiff in the above-referenced action. In compliance with Section 1.E. of Your Honor's Individual Rules and Practices in Civil Cases, we request a one-week extension of the time for Plaintiff to file an opposition to the motion to dismiss, which was filed by Defendant on October 10, 2024, *see* Dkt. 17, and a corresponding one-week extension of time for Defendant to file its reply.

On October 11, 2024, the Court entered an Order setting the following deadlines: (i) October 31, 2024 for Plaintiff to file an opposition to the motion to dismiss, and (ii) November 14, 2024 for Defendant to file a reply. *See* Dkt. 18. Plaintiff requires additional time to submit her opposition and requested Defendant's consent to an extension of the October 31 deadline to November 7, 2024. Counsel for Defendant consented to the requested extension, and in turn requested Defendant's deadline be moved to November 21, 2024.

This is the first request for an extension of time to respond to Defendant's motion to dismiss. Other than the briefing schedule set by the Court, no other deadlines have been set in the case, and therefore Plaintiff's request does not affect any other scheduled dates or a case management plan.

We respectfully request the deadline for Plaintiff's opposition to the motion to dismiss be moved from October 31, 2024 to November 7, 2024 and the deadline for Defendant's reply to be moved from November 14, 2024 to November 21, 2024. We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Joshua M. Slocum
Joshua M. Slocum

cc: Counsel of Record (via ECF)

GRANTED.
SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 17, 2024