

Eric Del Pozo  
edelpozo@goodwin.com

260 Madison Avenue, 21st Floor  
New York, NY 10016

December 17, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2201  
New York, NY 10007

      Re:    *Chung v. J.H. Whitney Capital Partners, LLC*,  
            No. 1:24-cv-05864-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

      In accordance with Southern District of New York Electronic Case Filing ("ECF") Rule 21.7(b), as counsel for defendant in this matter, I write respectfully to request that the Court formally seal the following docket entries:

1. Document 11-2, an affirmation in support of defendant's motion to dismiss the complaint; and
2. Document 17-2, an affirmation in support of defendant's motion to dismiss the amended complaint.

      The reason for this request is that sensitive information was mistakenly included in the filed exhibits. A redacted version of Document 17-2, an affirmation in support of defendant's motion to dismiss the amended complaint, will separately be filed electronically in accordance with ECF Rule 21.7(c).

      We appreciate the Court's attention to this matter.

Hon. Paul A. Engelmayer
December 17, 2024
Page 2

          Respectfully submitted,

          By: _/s/ Eric Del Pozo_
          Eric Del Pozo (#ED2177)
          SHIPMAN & GOODWIN LLP
          260 Madison Avenue, 21st Floor
          New York, NY 10016
          Tel.: (212) 376-3010
          edelpozo@goodwin.com

          *Attorneys for Defendant J.H. Whitney Capital Partners, LLC*

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: December 18, 2024