UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANN K. CHUNG,

                         Plaintiff,

-v-

J.H. WHITNEY CAPITAL PARTNERS, LLC,

                         Defendant.

24 Civ. 5864 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 18, 2024, the Court heard oral argument in the above-captioned case. As stated at argument, plaintiff is authorized to file a supplemental letter addressing *Randolph Equities, LLC v. Carbon Cap., Inc.*, 648 F. Supp. 2d 507 (S.D.N.Y. 2009), a case raised by defendant at oral argument but not addressed in the briefing. The letter is not to exceed three pages, and is to be filed to ECF by Tuesday, December 24, 2024.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: December 19, 2024
        New York, New York