**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANN K. CHUNG,

                Plaintiff,

  -against-                                      24 **CIVIL** 5864 (PAE)

                                                      **JUDGMENT**

J.H. WHITNEY CAPITAL PARTNERS, LLC,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 23, 2025, the Court grants J.H. Whitney's motion to dismiss. The dismissal is with prejudice, as Chung was given and took the opportunity to amend her original Complaint while being warned that further opportunities would not ordinarily be granted; accordingly, the case is closed.

**Dated:** New York, New York

      April 24, 2025

                                                           **TAMMI M HELLWIG**
                                                            **Clerk of Court**

                              **BY:**

                                                             **Deputy Clerk**